Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JUN 7 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

PRICE THOMPSON,     )
_____ )
_____ )
_____ )
_____, )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
       )
           Petitioner, )
    vs. )
       )
       )
RAY, Warden         , )
(Name of Warden or other authorized person )
where you are incarcerated) )
       )
           Respondent. )
_____ )

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. _5:23-cv-217_
(to be assigned by Clerk)

Bailey, Mazzone, Rubenstein

**Important notes to read before completing this form:**

★    Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

_____

1.     This petition concerns (check the appropriate box):

       ☐   a conviction
       ☐   a sentence
       ☐   jail or prison conditions
       ☐   prison disciplinary proceedings
       ☐   a parole problem
       ☒   other, state briefly: _Prior Jail Credit-- The Federal District_
           _Court ran my federal sentence concurrent with my future_ state
           sentence but the BOP refuses to grant me credit for that time.

**Attachment A**

I was sentenced in federal court on March 10, 2020 and transferred to the state. I was discharged on my state sentence on October 8, 2021 and returned to the BOP. My federal sentence should have been running during this time.

2.    Are you represented by counsel?    ☐ Yes    ☒ No

If you answered yes, list your counsel's name and address: _____

_____

_____

3.    List the name and location of the court which imposed your sentence:

U.S. District Court, Eastern District of Michigan, Detroit, Michigan

_____

4.    List the case number, if known: 0645  2:18-CR-20496(1)

5.    List the nature of the offense for which the sentence was imposed:

924(c) possession of a firearm during a drug trafficking offense
922(g) felon in possession of a firearm

_____

6.    List the date each sentence was imposed and the terms of the sentence:

March 10, 2020

_____

_____

7.    What was your plea to each count? (Check one)

☒    Guilty
☐    Not Guilty
☐    Nolo Contendere

**Attachment A**

8.　　If you were found guilty after a plea of not guilty, how was that finding made?

- ☐　　A jury
- ☐　　A Judge without a jury
- ☐　　A Magistrate Judge without a jury

9.　　Did you appeal from the judgment of conviction or imposition of the sentence?

　　　☐　　Yes　　　☒　　No

10.　　If you did appeal, give the following information for each appeal:

- A.　　Name of Court: _____
- B.　　Result: _____
- C.　　Date of Result: _____
- D.　　Grounds raised (List each one): _____

_____
_____
_____
_____
_____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11.　　Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?  This is called a post-conviction pleading.

　　　☒　　Yes　　　☐　　No

If your answer was yes, complete the following sections:

- A.　　First post-conviction proceeding:
  - 1.　　Name of Court: U.S. District Court, Eastern District of Michigan

**Attachment A**

    2.    Nature of Proceeding: <u>28 U.S.C. § 2255</u>

    3.    Grounds Raised: <u>Ineffective assistance of counsel</u>

    4.    Did you receive an evidentiary hearing ?  ☐ Yes   ☒ No

    5.    Result: <u>denied</u>

    6.    Date of Result: _____

B.    Second post-conviction proceeding:

    1.    Name of Court: _____

    2.    Nature of Proceeding: _____

    3.    Grounds Raised: _____

    4.    Did you receive an evidentiary hearing ? ☐ Yes    ☐ No

    5.    Result: _____

    6.    Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?

    1.    First proceeding:    ☐ Yes  ☐ No   Result: _____

    2.    Second proceeding: ☐ Yes  ☐ No   Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

_____

_____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A.    U.S. Parole Commission unlawfully revoked my parole.

B.    Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C.   Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.

D.   Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.

E.   There is an unlawful detainer lodged against me.

F.   I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

G.   The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.   Ground one:

FEDERAL BUREAU OF PRISONS UNLAWFULLY DENIED ME CREDIT FOR TIME
SERVED IN STATE PRISON

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

I was sentenced in federal court on March 10, 2020 ant then
transferred to state custody for a parole violation hearing
and to serve whatever state time resulted from that hearing.
During my federal sentencing on March 10, 2020, the district court
judge ordered that my federal sentence was to run current to any
future state sentence resulting from the parole violation hearing.

B.   Ground two:

**Attachment A**

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

C.    Ground three:

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

D.    Ground four:

_____
_____
_____
_____
_____

**Attachment A**

Supporting facts:

_____

_____

_____

_____

_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

  No_____

_____

_____

_____

_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

  A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

       ☒  Yes        ☐  No

    1. If your answer to "A" above was yes, what was the result:
       Denied at every level: BP-8, BP-9, BP-10, BP-11____

    _____

    _____

    _____

    _____

**Attachment A**

2.    If your answer to "A" above was no, explain:

_____

_____

_____

B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒    Yes          ☐    No

1.    If your answer to "B" above was yes, what was the result:

I exhausted myy Administrative Remedies:  BP-8
BP-9, BP-10 and BP-11 and all were denied

_____

2.    If your answer to "B" above was no, explain:

_____

_____

_____

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1.    Make **no** legal arguments.
2.    Cite **no** cases or statutes.

I want the BOP to grant my prior jail credit.  However, the
BOP's Designation and Sentencing Computation Center (DSCC) did
grant my prior jail time from March 10, 2020 to the time that
I arrived to the BOP; but not the time that I am entitled to
from April 19, 2018 to March 10, 2020 or August 23, 2018 to
March 10, 2020.  I'm arguing herein that I am indeed entitled
to that time: April 19, 2018 to March 10, 2020 or August 23, 2018
to March 10, 2020.  Thus my Administrative Remedies were partially
granted.  See the attached documents and Memorandum of Law.

**Attachment A**

16.  If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____

_____

_____

_____

_____

_____

_____


Signed this ___31st___ day of ___May_____, __2023_____.
           (day)              (month)          (year)


_____
Your Signature

_____N/A_____
Signature of Attorney (if any)


I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.


Date of Signature: __May 31, 2023___    _____
                                      Your Signature

**Attachment D**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PRICE THOMPSON

*Your full name*

v.                                              Civil Action No.: 5:23-CV-217

H. RAY, WARDEN,

*Enter above the full name of respondent in this action*

### Certificate of Service

I, PRICE THOMPSON _____ (your name here), appearing *pro se*, hereby certify that

I have served the foregoing 28 U.S.C. § 2241 & Memorandum _____ (title of document

being sent) upon the respondent by depositing true copies of the same in the United States

mail, postage prepaid, upon the following counsel of record for the respondent on

District Court ____ (insert date here): Opposing counsel served via Court's CM/ECF

(List name and address of counsel for respondent)    Unknown

*Price Thompson*
(sign your name)